IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Cheryl R Brown, | ) |
| | ) |
| Plaintiff. | ) Case No: 14-cv-00528-MJR-DGW |
| | ) |
| v. | ) |
| | ) |
| State Beauty Supply and | ) |
| Granite City State Beauty and | ) |
| Barber Supply, Inc. | ) |
| | ) |
| Defendants. | |

## JUDGMENT IN A CIVIL ACTION

State Beauty Supply was not named in the Amended Complaint filed on July 24, 2014, so named defendant was terminated from this action.

This cause of action is dismissed with prejudice as a result of the parties settlement. Each party shall bear his or its own costs, unless otherwise provided in the settlement documents.

Dated: November 14, 2014

Justine Flanagan, Acting Clerk of Court

s/ Debbie DeRousse
Deputy Clerk

Approved: 11-14-14
Michael J. Reagan, U.S. District Judge